**MORRIS L. HORWITZ**
**Chapter 7 United States Trustee in Bankruptcy**
14 Lafayette Square, Suite 1440
Buffalo, NY 14203
(716) 838-4300 (Erie)  (716) 693-4529 (Niagara)
(716) 693-4685 (fax)

*1109 1481*
*$ 1.59*
*3/14/11*

March 9, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202-2501

        Re:    MANTELL, NATALIE C.    Case # 08-12469-K
                Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $1.59. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    \_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    \_\_X\_\_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

        Claimant : Computersearch Corp.    Amount $ 1.59    Claims Register # 3

_____
Morris L. Horwitz, Trustee

FILED
MAR 1 4 2011
BANKRUPTCY COURT
BUFFALO, N.Y.